**Opinion issued July 31, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00132-CV

————————————

## IN RE NEXTGEAR CAPITAL, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, NextGear Capital, Inc., has filed a petition for writ of mandamus challenging the trial court's denial of its motion to dismiss based on forum-selection clause.[1] We deny the petition.

---

[1] The underlying case is *Alireza Delavari Maryan d/b/a Texas Financial Group v. NextGear Capital, Inc., US Financial Auto Credit, LLC, Melissa Webb Bryant, and Saeid Hashemnezad*, cause number 2017-63452, pending in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart presiding.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.